# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 18 EAL 2024 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| PATRICK SMITH, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by the Commonwealth, is:

> Did the Superior Court override this Court's controlling legal standard by holding that the evidence was insufficient to establish a prima facie case that defendant[s], [ ] off-duty police officer[s], committed simple assault, criminal conspiracy, and reckless endangerment, where the co-defendants … accused a [pedestrian] of breaking into cars, chased him as he ran for help, and slammed him into a pillar—injuring his head, arms, and legs?

Justice McCaffery did not participate in the consideration or decision of this matter.